| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 4 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MIRANDA WALLINGFORD; RICHARD WALLINGFORD,

        Plaintiffs-Appellants,

 v.

ROBERT ANDRES BONTA, Esquire, in his official capacity as Attorney General of the State of California,

        Defendant-Appellee,

 and

DOES, 1-10,

        Defendant.

No. 21-56292

D.C. No. 8:21-cv-01412-DOC-KES
Central District of California, Santa Ana

ORDER

Before: BENNETT and COLLINS, Circuit Judges, and FOOTE,* District Judge.

    Appellants noted in their answering brief that, unless extended, the restraining orders against them "are set to expire on November 1, 2022." Within 14 days of this order, Appellants shall file a supplemental brief addressing (1) whether those orders have expired; and (2) if so, whether this appeal is moot. Appellee shall file a supplemental brief in response within 14 days of the service of Appellant's supplemental brief. Each side's supplemental brief shall conform to the requirements of FED. R. APP. P. 32(a)(1)–(6) and shall not exceed 2,800 words.

---

* The Honorable Elizabeth E. Foote, United States District Judge for the Western District of Louisiana, sitting by designation.