# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** 21-56292

**Case Name** Wallingford v. Bonta

Requesting Party Name(s) Defendant-Appellee Rob Bonta

I am:  ○ The party requesting the extension.
       ● Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

☒ Brief (*you **must** also complete the Declaration on page 3*)
☐ Motion to proceed in forma pauperis
☐ Motion for a certificate of appealability
☐ Response/opposition to a pending motion
☐ Reply to a response/opposition to a pending motion
☐ Certified Administrative Record
☐ Response to court order dated
☐ Other (*you **must** describe the document*)

The requested new due date is: January 13, 2023

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

The Court requested supplemental briefing on whether the matter is moot due to the expiration of the restraining orders filed against Plaintiffs in superior court (Nguyen v. Wallingford (Super. Ct. Orange County) Case Nos. 30-2019-01094599, 30-2019-01094603). Ms. Nguyen requested renewal of the restraining orders on Nov. 1. Hearings for those requests are scheduled on Dec. 14, 2022. The stay until after Dec. 14 will serve the interest of judicial economy.

**Signature** /s/ Anthony P. O'Brien    **Date** 11/30/2022
(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 14                         1                         New 12/01/2018

> **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
> *Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

This motion is my [_____] request.
*(Examples: first, second)*

Bail/detention status (*select one*):

○ The defendant is incarcerated. The projected release date is: [_____].

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [_____] **Date** [_____]
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 14     2     *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [Deft's Supplemental] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: December 2, 2022

3. The brief's first due date was: January 13, 2023

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   On Nov. 23, 2022, opposing counsel notified me that the Court extended the hearing on continuing the restraining orders to Dec. 14, 2022. On that notice, the Orange County Superior Court ordered restraining order against Plaintiffs remain in effect until the hearing. See Exhibit 1, attached.

5. The position of the other party/parties regarding this request is:

   ☐ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion)*:

   ☒ Unknown. I am unable to verify the position of the other party/parties because:

   Opposing counsel has not responded to my request on Nov. 28, 2022 on whether they would oppose our request for extension of time. See Exhibit 2.

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** /s/ Anthony P. O'Brien    **Date** 11/30/2022
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 14                              3                         New 12/01/2018

# EXHIBIT 1

**From:** Matthew D. Cubeiro
**To:** Anthony OBrien
**Cc:** Anna M. Barvir
**Subject:** RE: Wallingford v. Bonta [MA-Interwoven.FID81563]
**Date:** Wednesday, November 23, 2022 7:48:45 PM
**Attachments:** image002.png
image003.png
01094599 Nguyen vs. R Wallingford CH-710.pdf
01094603 Nguyen vs. R Wallingford CH-710.pdf

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

The CH-710 forms note the current restraining order stays in effect until the end of the next hearing date. See attached.



Matthew D. Cubeiro
Partner
MICHEL & ASSOCIATES, P.C.
Attorneys at Law
Environmental · Land Use · Firearms · Employment Law
Civil Litigation · Criminal Defense

Direct: (562) 216-4465
Main: (562) 216-4444
Fax: (562) 216-4445
Email: mcubeiro@michellawyers.com
Web: www.michellawyers.com

180 E. Ocean Blvd.
Suite 200
Long Beach, CA 90802

This e-mail is confidential and is legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. To do so could violate state and Federal privacy laws. Thank you for your cooperation. Please contact Michel & Associates, PC at (562) 216-4444 if you need assistance.

**From:** Anthony OBrien <Anthony.OBrien@doj.ca.gov>
**Sent:** Wednesday, November 23, 2022 7:46 PM
**To:** Matthew D. Cubeiro <mcubeiro@michellawyers.com>
**Cc:** Anna M. Barvir <ABarvir@michellawyers.com>
**Subject:** Re: Wallingford v. Bonta [MA-Interwoven.FID81563]

Thank you. Were there any orders issued by the Court today, or anything noting the temporary restraining order? If so, could you please send me a copy?

Thank you,

Tony

**From:** Matthew D. Cubeiro <mcubeiro@michellawyers.com>
**Sent:** Wednesday, November 23, 2022 7:39:18 PM
**To:** Anthony OBrien
**Cc:** Anna M. Barvir
**Subject:** Wallingford v. Bonta [MA-Interwoven.FID81563]

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Tony,

The court held a hearing today on the request from Mrs. Nguyen to renew and modify the restraining orders against both Richard and Miranda Wallingford. But the hearing could not be concluded before the end of the day. As a result, the case has now been continued to December 14.

We were unaware before today that the court had issued automatic temporary restraining orders against the Wallingfords as we had not yet been served with the proper paperwork. So until the court ultimately issues a decision the Wallingfords remain prohibited from owning or possessing firearms.

Please let me know if you have any further questions that I may be able to answer.

-Matt

Matthew D. Cubeiro
Partner
MICHEL & ASSOCIATES, P.C.
Attorneys at Law
Environmental · Land Use · Firearms · Employment Law
Civil Litigation · Criminal Defense

Direct: (562) 216-4465
Main: (562) 216-4444
Fax: (562) 216-4445
Email: mcubeiro@michellawyers.com
Web: www.michellawyers.com

180 E. Ocean Blvd.
Suite 200
Long Beach, CA 90802

This e-mail is confidential and is legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. To do so could violate state and Federal privacy laws. Thank you for your cooperation. Please contact Michel & Associates, PC at (562) 216-4444 if you need assistance.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

Electronically Received by Superior Court of California, County of Orange, 10/27/2022 12:34:00 P.M.
30-2019-01094599-CU-HR-CJC - ROA # 0 - DAVID H. YAMASAKI, Clerk of the Court By S. Flores, Deputy Clerk.

| CH-710 | Notice of Hearing to Renew Restraining Order |
|---|---|

*Clerk stamps date here when form is filed.*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
NOV 23 2022
DAVID H. YAMASAKI, Clerk of the Court
BY: V. DO, DEPUTY

① **Protected Person**

a. Your Full Name: Jessica Nga Nguyen
Your Lawyer (*if you have one for this case*):
Name: Frances Prizzia    State Bar No.: 241176
Firm Name: Law Offices of Frances Prizzia

b. Your Address (*If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.*):

Address: 5000 Birch Street Suite 3000
City: Newport Beach    State: CA    Zip: 92660
Telephone: 714-362-0157    Fax: 949-266-9374
E-Mail Address: frances@prizzialegalteam.com

*Fill in court name and street address:*

Superior Court of California, County of Orange
Central Justice Center
700 Civic Center Drive West
~~Santa Ana, Ca 92701~~ (crossed out)
~~Westminster, CA 92683~~ (crossed out)

*Court fills in case number when form is filed.*
Case Number: 30-2019-01094599

② **Restrained Person**

Full Name: Miranda Wallingford
Address (*if known*): 17062 Tiffany Circle
City: Huntington Beach    State: CA    Zip: 92649

**To the Restrained Person**

③ **Court Hearing**

The judge has set a court hearing date. *Court will fill in box below.*

The current restraining order stays in effect until the end of the hearing.

Hearing Date ▶ Date: 12/14/22  Time: 8:30 a.m.
Dept.: C66  Room: _____

Name and address of court if different from above:
In Person

At the hearing, the judge can renew the current restraining order for up to another five years. You *must* continue to obey the current restraining order until the hearing. At the hearing, you can tell the judge if you do not want the order against you renewed. If the restraining order is renewed, you *must* obey the order even if you do not attend the hearing.

If you wish to make a written response to the request to renew the restraining order, you may fill out form CH-720, *Response to Request to Renew Restraining Order*. File the original with the court before the hearing and have someone age 18 or older—not you—mail a copy of it to the protected person at the address in ① at least ___1___ days before the hearing. Also file form CH-250, *Proof of Service of Response by Mail*, with the court before the hearing.

**This is a Court Order.**

Both parties accept electronic service

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2016, Mandatory Form
Code of Civil Procedure, § 527.6(i)

Notice of Hearing to Renew Restraining Order
(Civil Harassment Prevention)

CH-710, Page 1 of 2  →

| | Case Number: |
|---|---|
| | 30-2019-01094599 |

## To the Protected Person:

### (4) Service and Response

Someone age 18 or older—not you or anyone else protected by the restraining order—must personally serve (give) a copy of the following forms on the restrained person at least ___ days before the hearing. *Both parties accept eletronic service*

- CH-700, *Request to Renew Restraining Order;*
- CH-710, *Notice of Hearing to Renew Restraining Order* (this form);
- CH-720, *Response to Request to Renew Restraining Order* (blank copy);
- CH-130, the current *Civil Harassment Restraining Order After Hearing* for which renewal is requested.

After the restrained person has been served, file form CH-200, *Proof of Personal Service,* with the court clerk. For help with service, read form CH-200-INFO, *What Is "Proof of Personal Service"?*

Date: **NOV 2 8 2022**

*Sandy N. Leal*
Judicial Officer

**Judge Sandy N. Leal**



### Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office or go to *www.courts.ca.gov/forms* for *Request for Accommodations by Persons with Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## This is a Court Order.

Revised January 1, 2016 — Notice of Hearing to Renew Restraining Order (Civil Harassment Prevention) — CH-710, Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.

Electronically Received by Superior Court of California, County of Orange, 10/27/2022 12:36:00 PM.
30-2019-01094603-CU-HR-CJC - ROA # 0 - DAVID H. YAMASAKI, Clerk of the Court By S. Flores, Deputy Clerk.

**CH-710** | Notice of Hearing to Renew Restraining Order

Clerk stamps date here when form is filed.

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
NOV 2 3 2022
DAVID H. YAMASAKI, Clerk of the Court
BY: V. DO, DEPUTY

### ① Protected Person

a. Your Full Name: Jessica Nga Nguyen
Your Lawyer (if you have one for this case):
Name: Frances Prizzia    State Bar No.: 241176
Firm Name: Law Offices of Frances Prizzia

b. Your Address (If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.):
Address: 5000 Birch Street Suite 3000
City: Newport Beach    State: CA    Zip: 92660
Telephone: 714-362-0157    Fax: 949-266-9374
E-Mail Address: frances@prizzialegalteam.com

Fill in court name and street address:
Superior Court of California, County of
Orange    Central Justice Center
~~Xxxxxxxxxxxxxx~~    700 Civic Center Drive West
~~Xxxxxxxxxxxxx~~    Santa Ana, CA 92701
~~Westminster, CA 92683~~

Court fills in case number when form is filed.
Case Number: 30-2019-01094603

### ② Restrained Person

Full Name: Richard Wallingford
Address (if known): 17062 Tiffany Circle
City: Huntington Beach    State: CA    Zip: 92649

**To the Restrained Person**

### ③ Court Hearing

The judge has set a court hearing date. Court will fill in box below.

The current restraining order stays in effect until the end of the hearing.

**Hearing Date** → Date: 12/14/22  Time: 8:30 a.m.
Dept.: C66  Room: ___

Name and address of court if different from above:
In Person

At the hearing, the judge can renew the current restraining order for up to another five years. You *must* continue to obey the current restraining order until the hearing. At the hearing, you can tell the judge if you do not want the order against you renewed. If the restraining order is renewed, you *must* obey the order even if you do not attend the hearing.

If you wish to make a written response to the request to renew the restraining order, you may fill out form CH-720, *Response to Request to Renew Restraining Order*. File the original with the court before the hearing and have someone age 18 or older—not you—mail a copy of it to the protected person at the address in ① at least ___ days before the hearing. Also file form CH-250, *Proof of Service of Response by Mail*, with the court before the hearing.

Both parties accept electronic service

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2016, Mandatory Form
Code of Civil Procedure, § 527.6(i)

**Notice of Hearing to Renew Restraining Order**
(Civil Harassment Prevention)

CH-710, Page 1 of 2
→

| Case Number: |
|---|
| 30-2019-01094603 |

## To the Protected Person:

(4) **Service and Response**

*Both parties accept service by email.*

Someone age 18 or older—not you or anyone else protected by the restraining order—must personally serve (give) a copy of the following forms on the restrained person at least _____ days before the hearing.

* CH-700, *Request to Renew Restraining Order;*
* CH-710, *Notice of Hearing to Renew Restraining Order* (this form);
* CH-720, *Response to Request to Renew Restraining Order* (blank copy);
* CH-130, the current *Civil Harassment Restraining Order After Hearing* for which renewal is requested.

After the restrained person has been served, file form CH-200, *Proof of Personal Service*, with the court clerk. For help with service, read form CH-200-INFO, *What Is "Proof of Personal Service"?*

Date: NOV 23 2022

*Sandy N. Leal*
Judicial Officer
**Judge Sandy N. Leal**



### Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office or go to *www.courts.ca.gov/forms* for *Request for Accommodations by Persons with Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

### This is a Court Order.

For your protection and privacy, please press the Clear This Form button after you have printed the form.

# EXHIBIT 2

| | |
|---|---|
| From: | Anthony OBrien |
| To: | "Matthew D. Cubeiro" |
| Cc: | Anna M. Barvir |
| Subject: | RE: Wallingford v. Bonta [MA-Interwoven.FID81563] |
| Date: | Monday, November 28, 2022 11:43:00 AM |
| Attachments: | image001.png<br>image002.png |

Anna and Matthew-

Thank you for sending me this information. In light of the superior court's continuance of the restraining order hearing to December 14, we are considering filing a motion to extend our response deadline to the 9th Circuit's order on the mootness briefing to January 13, to allow time for the superior court to issue a ruling on the restraining order request. Please let me know if you plan on objecting to or opposing this request.

Thanks,
Tony

Anthony P. O'Brien
Deputy Attorney General
Government Law Section
California Department of Justice
1300 I Street
Sacramento, CA 95814
(916) 210-6002 (Office)
(650) 430-8859 (Mobile)
Anthony.obrien@doj.ca.gov

**From:** Matthew D. Cubeiro <mcubeiro@michellawyers.com>
**Sent:** Wednesday, November 23, 2022 7:49 PM
**To:** Anthony OBrien <Anthony.OBrien@doj.ca.gov>
**Cc:** Anna M. Barvir <ABarvir@michellawyers.com>
**Subject:** RE: Wallingford v. Bonta [MA-Interwoven.FID81563]

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

The CH-710 forms note the current restraining order stays in effect until the end of the next hearing date. See attached.



**From:** Anthony OBrien <Anthony.OBrien@doj.ca.gov>
**Sent:** Wednesday, November 23, 2022 7:46 PM
**To:** Matthew D. Cubeiro <mcubeiro@michellawyers.com>
**Cc:** Anna M. Barvir <ABarvir@michellawyers.com>
**Subject:** Re: Wallingford v. Bonta [MA-Interwoven.FID81563]

Thank you. Were there any orders issued by the Court today, or anything noting the temporary restraining order? If so, could you please send me a copy?

Thank you,

Tony

**From:** Matthew D. Cubeiro <mcubeiro@michellawyers.com>
**Sent:** Wednesday, November 23, 2022 7:39:18 PM
**To:** Anthony OBrien
**Cc:** Anna M. Barvir
**Subject:** Wallingford v. Bonta [MA-Interwoven.FID81563]

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Tony,

The court held a hearing today on the request from Mrs. Nguyen to renew and modify the restraining orders against both Richard and Miranda Wallingford. But the hearing could not be concluded before the end of the day. As a result, the case has now been continued to December 14.

We were unaware before today that the court had issued automatic temporary restraining orders against the Wallingfords as we had not yet been served with the proper paperwork. So until the court ultimately issues a decision the Wallingfords remain prohibited from owning or possessing firearms.

Please let me know if you have any further questions that I may be able to answer.

-Matt



CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# CERTIFICATE OF SERVICE

Case Name: **Miranda Wallingford et al. v. Rob Bonta**  No. **21-56292**

I hereby certify that on December 1, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**MOTION FOR EXTENSION OF TIME**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 1, 2022, at Sacramento, California.

| Eileen A. Ennis | */s/ Eileen A. Ennis* |
|---|---|
| Declarant | Signature |

SA2021305878
36748519.docx