UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 1 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MIRANDA WALLINGFORD; RICHARD WALLINGFORD, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ROBERT ANDRES BONTA, Esquire, in his official capacity as Attorney General of the State of California, <br><br> Defendant-Appellee, <br><br> and <br><br> DOES, 1-10, <br><br> Defendant. | No. 21-56292 <br><br> D.C. No. 8:21-cv-01412-DOC-KES Central District of California, Santa Ana <br><br> ORDER |

Before: BENNETT and COLLINS, Circuit Judges, and FOOTE,* District Judge.

Appellee's motions to supplement the record on appeal (Dkt. 40) and to take judicial notice (Dkt. 41) are granted. The Court construes Appellee's supplemental brief (Dkt. 39) as a motion to dismiss the case as moot. Within 14 days of this order, Appellants shall file a response, the text of which shall not exceed 2,800 words. Within 14 days of the service of Appellants' response, Appellee may file a reply, the text of which shall not exceed 1,400 words. Each side's filings shall conform to the requirements of Fed. R. App. P. 32(a)(1)–(6).

---

* The Honorable Elizabeth E. Foote, United States District Judge for the Western District of Louisiana, sitting by designation.