Case No. 21-56292

In the United States Court of Appeals
for the Ninth Circuit

MIRANDA WALLINGFORD, et al.,
*Plaintiffs-Appellants*,

v.

ROBERT BONTA, et al.,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the Central District of California
(CV 8:21-01412 DOC (KESx))

**APPELLANTS' MOTION FOR EXTENSION
OF TIME TO FILE PETITION FOR PANEL REHEARING
OR REHEARING EN BANC**

C. D. Michel
Sean A. Brady
Anna M. Barvir
Alexander A. Frank
Matthew D. Cubeiro
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: abarvir@michellawyers.com

*Counsel for Plaintiffs-Appellants*

September 29, 2023

**MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL
REHEARING OR REHEARING EN BANC**

Under Ninth Circuit Rule 31-2.2, Plaintiffs-Appellants Richard and Miranda
Wallingford respectfully submit this motion for an extension of time of 45 days in
which to file a petition for panel rehearing or rehearing en banc, up to and including
November 20, 2023. As further set forth below and in the attached declaration, there is
a substantial need and good cause for the extension request. Indeed, the requested
extension will allow Appellants sufficient time to fully evaluate whether to file a
petition for panel rehearing or rehearing en banc in this significant case. Barvir Decl. ¶
3. Appellants have not previously requested an extension of time to file a petition. *Id.*
¶ 5. Counsel for Appellants notified counsel for the State, who by the time of this
filing, have not yet responded. *Id.* ¶ 4.

On September 21, 2023, a panel of this Court filed a published opinion
dismissing the case for mootness. *Wallingford v. Bonta*, __F.4th__ 2023 WL 6153588, at
*2 (9th Cir. Sept. 21, 2023). This case came to this Court as an appeal from an order
granting the State's motion to dismiss Appellants' complaint under *Rooker-Feldman. Id.*
But the underlying controversy involves the scope of Second Amendment rights and
the level of due process required before the government can temporarily strip an
otherwise arms-eligible person of their Second Amendment rights in a state court
restraining order proceeding. *Id.* at *2-3. These are, quite clearly, important public
policy issues. As is the justiciability determination in the panel's decision dismissing the
case.

The current deadline to seek panel rehearing or rehearing en banc is October 5,
2023. *See* Fed. R. App. P. 40(a)(1) and 35(c). This Court may extend that date for good
cause, including a showing of diligent and substantial need. *See* 9th Cir. R. 31-2.2(b); *see*

1

*also* Fed. R. App. P. 26(b), 40(a)(1). As set forth below and in the accompanying declaration, Appellants are carefully analyzing the panel's decision during an unusually busy press of business to determine whether the filing of a petition for panel rehearing or rehearing en banc is warranted here. *See* Barvir Decl. ¶ 3; Fed. R. App. P. 35(a)(1), (b)(1)(A). This case involves important public policy questions involving several constitutional rights and potentially significant consequences for justiciability doctrines. These questions thus deserve careful and thorough analysis and contemplation by Appellants' counsel which they have not yet been able to complete. The requested extension will enable Appellants' counsel to fully evaluate whether to proceed with a petition for panel or en banc rehearing and to draft the petition.

Accordingly, Appellants respectfully request a 45-day extension until November 20, 2023, to consider and, if deemed appropriate, draft and file such a petition.

Dated:  September 29, 2023          Respectfully submitted,

                                  **MICHEL & ASSOCIATES, P.C.**

                                  s/ Anna M. Barvir

                                  Anna M. Barvir
                                  *Attorneys for Plaintiffs-Appellants*

## DECLARATION OF ANNA M. BARVIR

I, Anna M. Barvir, declare:

1.      I am an attorney licensed to practice law in the State of California and before this Court. I am an attorney of record for Appellants Richard and Miranda Wallingford and have personal knowledge of the matters stated herein.

2.      On September 21, 2023, a panel of this Court filed a published opinion dismissing the case for mootness. *Wallingford v. Bonta*, __F.4th__ 2023 WL 6153588, at *2 (9th Cir. Sep. 21, 2023). This case came to this Court as an appeal from an order granting the State's motion to dismiss Appellants' complaint under Rooker-Feldman principles. *Id.*

3.      The current deadline to seek panel rehearing or rehearing en banc is October 5, 2023. A 45-day extension will enable me and my office to fully review the merits and decide whether to bring a petition for panel rehearing or rehearing en banc and to draft such a motion if necessary. I have not yet been able to give this important decision the careful consideration it deserves due to an unusually strong press of business with filing in many other active appeals pending in this court and others, including *Duncan v. Bonta*, Ninth Cir. Case No. 23-55805, *Junior Sports Magazines v. Bonta*, Ninth Cir. Case No. No. 22-56090, *United States v. Rahimi*, Supreme Ct. Case No. 22-915, as well as heavy discovery obligations in my trial-court matters, including *Fernandez v. County of Los Angeles*, C.D. Cal Case No. 20-cv-09876, and *Franklin Armory, Inc. v. California Department of Justice*, L.A. Super. Ct. Case No. 20STCP01747.

4.      On September 29, 2023, my associate, Mr. Alexander A. Frank, sent an email to Anthony O'Brien, counsel of record for the State, and others, including me, to

3

notify the State that Appellants would be seeking an extension on their deadline to file a motion for panel rehearing or rehearing en banc. As of the time of this filing, Appellants' counsel has not received any response from counsel for the State.

5.     Appellants have not previously requested an extension of time to file a petition. And this request is made for good cause and substantial need, as described above, and not for reasons of delay.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Long Beach, California, on September 29, 2023.

s/ Anna M. Barvir
Anna M. Barvir

4

# CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, an electronic PDF of APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING OR REHEARING EN BANC was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

Dated: September 29, 2023   Respectfully submitted,

          **MICHEL & ASSOCIATES, P.C.**

          s/ Anna M. Barvir

          Anna M. Barvir
          *Attorneys for Plaintiffs-Appellants*