UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 14 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MIRANDA WALLINGFORD; RICHARD WALLINGFORD, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ROBERT ANDRES BONTA, Esquire, in his official capacity as Attorney General of the State of California, <br><br> Defendant-Appellee, <br><br> and <br><br> DOES, 1-10, <br><br> Defendant. | No. 21-56292 <br><br> D.C. No. 8:21-cv-01412-DOC-KES <br> Central District of California, Santa Ana <br><br> ORDER |

Before: BENNETT and COLLINS, Circuit Judges, and FOOTE,* District Judge.

Plaintiffs-Appellants filed a petition for panel rehearing and a petition for rehearing en banc. Dkt. No. 60. Judges Bennett and Foote voted to deny the petition for panel rehearing, and Judge Collins voted to grant the petition for panel rehearing. Judges Bennett and Collins voted to deny the petition for rehearing en banc, and Judge Foote so recommends.

---

* The Honorable Elizabeth E. Foote, United States District Judge for the Western District of Louisiana, sitting by designation.

The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petitions for panel rehearing and rehearing en banc are **DENIED**.